FILED

Oct 06 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>IA LODGING SANTA CLARA LLC,<br><br>Defendant. | Case No: 5:19-cv-7558<br><br>**ORDER** |

Upon Joint Motion and good cause shown,

IT IS HEREBY ORDERED dismissing the above case; each party to bear their own fees and costs.

DATED this __6th__ day of _____October_____, 2020.

_____
Judge of the U.S District Court

GRANTED
Judge Nathanael M. Cousins